I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10/14/09

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBED ROBERT POLANCO,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT A. HOREL, WARDEN,<br><br>Respondent. | Case No. CV 08-5064-JSL (RNB)<br><br>**JUDGMENT** |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 10/8/09

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE